# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00568-BNB

ZACHARY HASLETT
on behalf of himself and others similarly situated,

Plaintiff,

v.

SECURITY FIRE PROTECTION DISTRICT, a special district,

Defendant.

_____

## ORDER
_____

On June 3, 2013, I recommended that this action be conditionally certified as a collective action under the Fair Labor Standards Act. Recommendation [Doc. # 19]. Subsequently, the parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Consent [Doc. # 21]. Accordingly, my Recommendation is now made an order of the court.

Also at the time of my Recommendation, the parties had requested a hearing on the issue of the issue of the notice to be sent to potential opt-in plaintiffs. I denied that request, pending a final determination of the issue of conditional certification.

IT IS ORDERED:

(1) The Motion to Certify Conditionally a Collective Action Under the Fair Labor Standards Act [Doc. # 10] is GRANTED, and the case is conditionally certified as a collective action;

(2) A scheduling conference and hearing on the issue of the notice to be sent to potential opt-in plaintiffs and the consent form is set for **June 24, 2013, at 10:30 a.m.**, in

Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a revised proposed scheduling order consistent with the requirements discussed in the Recommendation [Doc. # 19] at p. 4 and submit it to the court no later than June 20, 2013.

Dated June 13, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge