# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00568-BNB-KMT

ZACHARY HASLETT
on behalf of himself and others similarly situated,

Plaintiff,

v.

SECURITY FIRE PROTECTION DISTRICT, a special district,

Defendant.

---

# ORDER

---

Following a hearing on the form of Notice of Collective Action and Consent Form, the parties have submitted a Stipulation as to Form of Notice to Firefighters of the SFPD [Doc. # 31]. I have reviewed the Stipulation and find that it is fair and accurate. See Wass v. NPC Int'l, Inc., 2011 WL 1118774 *8 (D. Kan. March 11, 2011).

IT IS ORDERED:

(1) The Stipulation [Doc. # 31] is ACCEPTED; and

(2) The plaintiff is authorized to send the Notice and Consent Form to all potential opt-in plaintiffs.

Dated June 27, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge