# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00568-BNB-KMT

ZACHARY HASLETT
on behalf of himself and others similarly situated,

Plaintiff,

v.

SECURITY FIRE PROTECTION DISTRICT, a special district,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of Defendant's Notice of Withdrawal of Opposition to Plaintiff's Motion to Amend Complaint and Request to Vacate September 13, 2013 Hearing [37],

IT IS ORDERED that the hearing set for September 13, 2013, at 1:30 p.m., is **VACATED**.

IT IS FURTHER ORDERED that the plaintiff's **Motion to Amend Complaint** [35] is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing.

DATED:  September 3, 2013