UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Case No. 13-cv-00568-BNB-KMT

ZACHARY HASLETT,
on behalf of himself and others similarly situated

    Plaintiffs,

vs.

SECURITY FIRE PROTECTION DISTRICT, a Special District, and
ROBERT "SKI" STAMBAUGH, individually.

    Defendants.

---

## ORDER GRANTING MOTION TO STAY DEADLINES

---

This Court having reviewed the Parties' Joint Notice of Settlement and Motion to Stay Deadlines, hereby ORDERS that the Motion is granted and that the following deadlines are hereby stayed:

    a.    Plaintiff Haslett's Responses to Defendant Security Fire Protection District's Second Set of Requests for Production of Documents, currently due November 27, 2013;

    b.    Defendant Security Fire Protection District's Response to Plaintiff Haslett's Motion for Summary Judgment on Liability Against Security Fire Protection District on Plaintiff's First Cause of Action for Violations of the Fair Labor Standards Act [Document 43], currently due December 2, 2013;

    c.    Plaintiffs' Responses to Defendant Security Fire Protection District's

6165

Second Set of Interrogatories to All Plaintiffs, currently due December 9, 2013;

d.   Plaintiff Haslett's Responses to Defendant Security Fire Protection District's Second Set of Interrogatories to Plaintiff Zachary Haslett; currently due December 9, 2013, and

e.   All other deadlines set forth in the Court's Scheduling Order [Document 29].

Dated this 4th day of December, 2013.

BY THE COURT:

_____
~~District Court Judge~~/Magistrate Judge