# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE BOYD N. BOLAND

| | |
|---|---|
| Civil Action No. 13-cv-00568-BNB-KMT | FTR - Reporter Deck - Courtroom A-401 |
| Date: December 16, 2013 | Alfred A. Arraj United States Courthouse |
| | Courtroom Deputy, Laura Galera |

ZACHARY HASLETT,                                                        Donna Dell'Olio

    Plaintiff,

v.

SECURITY FIRE PROTECTION DISTRICT, and                  Meredith McDonald
ROBERT STAMBAUGH,                                                  Ryan A. Williams

    Defendants.

## COURTROOM   MINUTES / MINUTE   ORDER

**MOTIONS   HEARING**
**Court in Session:  3:11 p.m.**

Court calls case. Appearance of counsel.

Defense counsel appears by telephone.

Parties address the Court regarding Unopposed Motion to Approve Settlement of Overtime Claim of Donald Chittenden [Docket No. 49].

**ORDERED:** Unopposed Motion to Approve Settlement of Overtime Claim of Donald Chittenden [Docket No. 49] is GRANTED. The Court finds that the settlement as to Mr. Chittenden is fair and reasonable and approves the settlement in the amount of $19,500.  The Court further approves attorneys fees in the amount of $3,900.

**ORDERED:** Stipulated Motion to Dismiss with Prejudice to be filed **no later than Friday, December 20, 2013.**

HEARING CONCLUDED.
**Court in   recess:  3:19 p.m.**

Time In Court:        00:08

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.