**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00568-BNB-KMT

ZACHARY HASLETT
on behalf of himself and others similarly situated,

Plaintiff,

v.

SECURITY FIRE PROTECTION DISTRICT, a special district, and
ROBERT "SKI" STAMBAUGH, individually,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Approve Settlement of Overtime Claim of Donald Chittenden** [Doc. # 49, filed 11/26/2013] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

I find that the settlement of the claims of Donald Chittenden, the only opt-in plaintiff in this collective action, in the amount of $19,500 is fair and reasonable under the circumstances of this case. I find also that a 20% attorneys fee award to the firm of Cornish & Dell'Olio, P.C., is fair and reasonable in view of the work undertaken on by that firm on the behalf of Mr. Chittenden.

IT IS ORDERED:

(1) The Motion [Doc. # 49] is GRANTED;

(2) The settlement of the claims of Mr. Chittenden in the amount of $19,500.00 is fair and reasonable and is approved;

(3) An award of attorneys fees to the firm of Cornish & Dell'Olio, P.C., in the

amount of $3,900.00 for the work performed on behalf of Mr. Chittenden also is fair and reasonable and is approved; and

   (4) The parties shall file a motion or stipulation to dismiss with prejudice on or before December 20, 2013.

   Dated December 16, 2013.

              BY THE COURT:

                s/ Boyd N. Boland
               United States Magistrate Judge