UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Case No. 13-cv-00568-BNB-KMT

ZACHARY HASLETT,
on behalf of himself and others similarly situated

    Plaintiff,

vs.

SECURITY FIRE PROTECTION DISTRICT,
a Special District, et al.

    Defendant.

---

## ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION TO APPROVE SETTLEMENT OF PLAINTIFF ZACHARY HASLETT'S CLAIMS

---

This Court having reviewed Defendant's *Unopposed* Motion to Approve Settlement of Plaintiff Zachary Haslett's Claims, hereby ORDERS that the Motion is granted and that the settlement of $330,000.00 paid to Plaintiff Haslett in exchange for dismissal of all pending claims against the Defendants is hereby approved.

Dated this 19th day of December, 2013.

BY THE COURT:

_____
~~District Court Judge~~/Magistrate Judge

6165