UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Case No. 13-cv-00568-BNB-KMT

ZACHARY HASLETT,
on behalf of himself and others similarly situated

       Plaintiffs,

vs.

SECURITY FIRE PROTECTION DISTRICT, a Special District, and
ROBERT "SKI" STAMBAUGH, individually.

       Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

This Court, having reviewed the Parties' Stipulation for Dismissal with Prejudice, hereby ORDERS that Stipulation is GRANTED and this case is hereby dismissed in its entirety, with prejudice, each party to pay his/its own costs and attorneys' fees.

Dated this 30th day of December, 2013.

BY THE COURT:

_____
~~District Court Judge~~/Magistrate Judge

6165